UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00235-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ISMAEL GONZALEZ-BARRERAS, a/k/a Ismael Gonzalez Gomez,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, June 4, 2010,** and responses to these motions shall be filed by **Friday, June 18, 2010.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, July 2, 2010, at 2:00 p.m. in courtroom A-1002** It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, July 12, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated this 14th day of May, 2010.

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief U. S. District Judge