UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00235-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ISMAEL GONZALEZ-BARRERAS, a/k/a Ismael Gonzalez Gomez,

    Defendant.

## MINUTE ORDER

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on June 22, 2010. A Change of Plea hearing is set for **Wednesday August 4, 2010 at 2:30 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    The final trial preparation conference set for Friday, July 2, 2010, at 2:00 p.m. and the 3-day jury trial set for Monday, July 12, 2010 are hereby **VACATED**.

    Dated: June 22, 2010.