UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00235-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ISMAEL GONZALEZ-BARRERAS, a/k/a Ismael Gonzalez Gomez,

    Defendant.

## MINUTE ORDER

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Change of Plea hearing is set for **Friday September 17, 2010 at 4:00 p.m.**

    Dated: August 4, 2010.